*Pro Se 1 2016*

1
2
3
4
5
6                UNITED STATES DISTRICT COURT
                WESTERN DISTRICT OF WASHINGTON
7
8    Qian Chen                     **19-CV-1386** PAJ

                                    CASE NO.
9    206 588 0129                   [to be filled in by Clerk's Office]

10   _____,             COMPLAINT FOR A CIVIL CASE

11                Plaintiff(s),    Jury Trial: ☐ Yes  ☐ No

12        v.

     Human Rights Commission
13
14
15                Defendant(s).
16

17        I.    THE PARTIES TO THIS COMPLAINT

18   A.   Plaintiff(s)

19        *Provide the information below for each plaintiff named in the complaint. Attach*
     *additional pages if needed.*
20
21        Name              Qian Chen
          Street Address    7650 SE 27th ST, Apt 438
22        City and County   Mercer Island, King county
          State and Zip Code  WA, 98040
23        Telephone Number  (206) 588-0129
24

COMPLAINT FOR A CIVIL CASE - 1

*Pro Se 1 2016*

B.      Defendant(s)

    *Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.*

    Defendant No. 1

| | |
|---|---|
| Name | Human Rights Commission |
| Job or Title *(if known)* | |
| Street Address | 711 Capotal Way S |
| City and County | Olympia, King County |
| State and Zip Code | WA, 98501 |
| Telephone Number | (360) 753-6770 |

    Defendant No. 2

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |

    Defendant No. 3

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |

*Pro Se 1 2016*

1    Defendant No. 4

2        Name

3        Job or Title *(if known)*

     Street Address

4        City and County

5        State and Zip Code

     Telephone Number

6

7

## II.    BASIS FOR JURISDICTION

8

9        Federal courts are courts of limited jurisdiction (limited power).  Generally, only two

10   types of cases can be  heard in federal court: cases involving a federal question and cases

11   involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under

12   the United States Constitution or federal laws or treaties is a federal question case.  Under 28

13   U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and

14   the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of

15   citizenship case, no defendant may be a citizen of the same State as any plaintiff.

16       What is the basis for federal court jurisdiction? *(check all that apply)*

17   ☐  Federal question              ☐  Diversity of citizenship

18       Fill out the paragraphs in this section that apply to this case.

19   A.    If the Basis for Jurisdiction Is a Federal Question

20       List the specific federal statutes, federal treaties, and/or provisions of the United States

21   Constitution that are at issue in this case.

22

23

24

COMPLAINT FOR A CIVIL CASE - 3

*Pro Se 1 2016*

1   **B.**      **If the Basis for Jurisdiction Is Diversity of Citizenship**

2         1.      **The Plaintiff(s)**

3             a.   If the plaintiff is an individual.

4      The plaintiff (*name*) _____, is a citizen of the

5 State of (*name*) _____.

6             b.   If the plaintiff is a corporation.

7      The plaintiff, (*name*) _____, is incorporated under

8 the laws of the State of (*name*) _____, is incorporated under

9 the laws of the State of (*name*) _____, and has its principal

10 place of business in the State of (*name*) _____.

11      *(If more than one plaintiff is named in the complaint, attach an additional page providing*
12 *the same information for each additional plaintiff.)*

13         2.      **The Defendant(s)**

14             a.   If the defendant is an individual.

15      The defendant, (*name*) _____, is a citizen of the

16 State of (*name*) _____. Or is a citizen of

17 (*foreign nation*) _____.

18             b.   If the defendant is a corporation.

19      The defendant, (*name*) _____, is incorporated under

20 the laws of the State of (*name*) _____, and has its principal

21 place of business in the State of (*name*) _____.

22      Or is incorporated under the laws of (*foreign nation*) _____,

23 and has its principal place of business in (*name*) _____.

24      *(If more than one defendant is named in the complaint, attach an additional page*
*providing the same information for each additional defendant.)*

COMPLAINT FOR A CIVIL CASE - 4

*Pro Se 1 2016*

1      3.    The Amount in Controversy.

2      The amount in controversy-the amount the plaintiff claims the defendant owes or the

3 amount at stake-is more than $75,000, not counting interest and costs of court, because (*explain*):

4      _____

5      _____

6      _____

7

8      ### III.    STATEMENT OF CLAIM

9 *Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought.*
10 *State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or*
11 *conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.*

12      _____

13      _____

14      _____

15      ### IV.    RELIEF

16 *State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing*
17 *at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts,*
18 *and the reasons you claim you are entitled to actual or punitive money damages.*

19      _____

20      _____

21      _____

22      ### V.    CERTIFICATION AND CLOSING

23      Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my

24 knowledge, information, and belief that this complaint: (1) is not being presented for an improper

*Pro Se 1 2016*

1  purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation;

2  (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or

3  reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so

4  identified, will likely have evidentiary support after a reasonable opportunity for further

5  investigation or discovery; and (4) the complaint otherwise complies with the requirements of

6  Rule 11.

7         I agree to provide the Clerk's Office with any changes to my address where case-related

8  papers may be served. I understand that my failure to keep a current address on file with the

9  Clerk's Office may result in the dismissal of my case.

10  Date of signing:      8/30/19

11  Signature of Plaintiff

12  Printed Name of Plaintiff

13

14  Date of signing:

15  Signature of Plaintiff

16  Printed Name of Plaintiff

17

18  Date of signing:

19  Signature of Plaintiff

20  Printed Name of Plaintiff

21

22

23

24

COMPLAINT FOR A CIVIL CASE - 6