UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

QIAN CHEN,

                     Plaintiff,

    v.

HUMAN RIGHTS COMMISSION,

                     Defendant.

CASE NO. 2:19-CV-01386-RAJ

**ORDER DENYING IFP APPLICATION AND DISMISSING CASE WITHOUT PREJUDICE**

The Court, having reviewed the Report and Recommendation of Brian A. Tsuchida, United States Magistrate Judge, there being no objections thereto, and the remaining record, **ORDERS**:

(1)    The Court adopts the Report and Recommendation.

(2)    Plaintiff's application to proceed in forma pauperis (Dkt. 1) is **DENIED.**

(3)    The complaint is **DISMISSED WITHOUT PREJUDICE.**

(4)    All pending motions (Dkts. 4 and 5) are **DENIED**.

(5)    The Clerk shall provide a copy of this Order to Plaintiff Qian Chen.

DATED this 23rd day of October, 2019.

*[signature]*

The Honorable Richard A. Jones
United States District Judge

ORDER DENYING IFP AND DISMISSING
CASE WITHOUT PREJUDICE - 1